UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22609-CIV-MIDDLEBROOKS/WHITE

MARIO JAREL PATINO,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant Mario Jarel Patino's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255, attacking his sentence for use of unauthorized access device and aggravated identity theft, entered following a guilty plea in Case No. 12-20209-CR-Middlebrooks. (DE 1). Movant filed his petition on July 22, 2013, and this matter was referred to the Honorable United States Magistrate Judge Patrick A. White. A Report and Recommendation ("Report") (DE 9) was filed on November 26, 2013. Judge White recommended that this matter be dismissed. Objections to the Report were due within fourteen days of receipt of a copy of the Report. As of today, no Objections have been filed. The Court has conducted a de novo review of the record and is otherwise advised in the premises.

The Court agrees with Judge White's findings and conclusion. For the reasons stated in the Report of the Magistrate Judge and upon an independent review of the file, it is hereby

**ORDERED AND ADJUDGED** that

1. United States Magistrate Judge White's Report (DE 9) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety;

2. This Case is **DISMISSED WITHOUT PREJUDICE;;**

3. All pending motions are **DENIED AS MOOT** and all pending sealed filings shall **REMAIN** under seal; and

1

4. The Clerk of Court shall **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2 day of January, 2014.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of record
Mario Jarel Patino, *pro se*
82719-004
CI Rivers Correctional Institution
Inmate Mail/Parcels
Post Office Box 630
Winton, NC 27986